1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

9   JACINTO CHAVEZ,                          )
                                             )
10                 Petitioner,               )          3:11-cv-00362-LRH-RAM
                                             )
11   vs.                                     )          **ORDER**
                                             )
12   SMITH, *et al.*,                        )
                                             )
13                 Respondents.              )
    _____/

14

15          This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254,

16   by a Nevada state prisoner.

17          Petitioner has filed a motion to proceed *in forma pauperis*.  (ECF No. 1).  Based on the

18   information regarding petitioner's financial status, the Court finds that the motion to proceed *in*

19   *forma pauperis* should be granted.

20          Petitioner has filed a motion for the appointment of counsel.  (ECF No. 1-2).  There is no

21   constitutional right to appointed counsel for a federal habeas corpus proceeding.  *Pennsylvania v.*

22   *Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993).  The

23   decision to appoint counsel is generally discretionary.  *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th

24   Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.),

25   *cert. denied*, 469 U.S. 838 (1984).  However, counsel must be appointed if the complexities of the

26   case are such that denial of counsel would amount to a denial of due process, and where the

27   petitioner is a person of such limited education as to be incapable of fairly presenting his claims.  *See*

28   *Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir. 1970).  The petition

1   on file in this action is well-written and sufficiently clear in presenting the issues that petitioner

2   wishes to bring.  The issues in this case are not complex.  It does not appear that counsel is justified

3   in this instance.  The motion shall be denied.

4       The petition shall be filed and served on respondents.  A petition for federal habeas corpus

5   should include all claims for relief of which petitioner is aware.  If petitioner fails to include such a

6   claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim.

7   *See* 28 U.S.C. §2254(b) (successive petitions).

8       **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis*  (ECF

9   No. 1) is **GRANTED**.  The Clerk **SHALL FILE** the petition for a writ of habeas corpus.

10      **IT IS FURTHER ORDERED** that petitioner's motion for the appointment of counsel (ECF

11  No. 1-2) is **DENIED.**

12      **IT IS FURTHER ORDERED** that the Clerk **SHALL ELECTRONICALLY SERVE** the

13  petition upon the respondents.

14      **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of

15  this order within which to answer, or otherwise respond to, the petition.  In their answer or other

16  response, respondents shall address all claims presented in the petition.  Respondents shall raise all

17  potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and

18  procedural default.  **Successive motions to dismiss will not be entertained**.  If an answer is filed,

19  respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the

20  United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have

21  **forty-five (45) days** from the date of service of the answer to file a reply.

22      **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the Attorney

23  General of the State of Nevada a copy of every pleading, motion, or other document he submits for

24  consideration by the Court.  Petitioner shall include with the original paper submitted for filing a

25  certificate stating the date that a true and correct copy of the document was mailed to the Attorney

26  General.  The Court may disregard any paper that does not include a certificate of service.  After

27  ///

28

2

1  respondents appear in this action, petitioner shall make such service upon the particular Deputy

2  Attorney General assigned to the case.

3

4       Dated this 31st day of May, 2011.

5

6                                              _____

7                                              LARRY R. HICKS
                                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                               3