# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACINTO CHAVEZ, | )<br>) |
| Petitioner, | )    3:11-cv-00362-LRH-RAM<br>) |
| vs. | )    **ORDER**<br>) |
| SMITH, *et al.*, | )<br>) |
| Respondents. | ) |

Respondents have filed a motion for an extension of time in which to file an answer/responsive pleading to the petition for a writ of habeas corpus. (ECF No. 6). Respondents seek a 45-day enlargement of time, up to and including September 1, 2011, to file an answer/responsive pleading. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file an answer/responsive pleading (ECF No. 6) is **GRANTED.** The answer/responsive pleading to the amended petition shall be filed on or before **September 1, 2011.**

Dated this 18th day of July, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE